# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC PAUL MCCLAIN

NO. 2019 KW 0504

JUL 2 2 2019

---

In Re:     Eric Paul McClain, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 179874.

---

BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

**WRIT DENIED.**

                              PMc
                              TMH
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT